NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


VICTORIA ALICIA MARTINEZ,            )
                                     )
            Appellant,               )
                                     )
v.                                   )      Case No. 2D17-1206
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____  )

Opinion filed February 2, 2018.

Appeal from the Circuit Court for
Hillsborough County; Ashley B. Moody,
Judge, and Lawrence M. Lefler, Acting
Circuit Judge.

Howard L. Dimmig, II, Public Defender, and
Megan Olson, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.